# IOWA COURT OF APPEALS

| | | | |
|---|---|---|---|
| State v. Mbonyunkiza | 14–1283 | 12/21/2016 | Affirmed |
| Cole v. State | 15–0344 | 12/21/2016 | Affirmed |
| Westco Agronomy Company, LLC v. Wollesen | 15–0471 | 12/21/2016 | Affirmed on Appeal; Affirmed in part, Reversed in part, and Remanded on Cross–Appeal |
| Hildreth v. City of Des Moines | 15–0509 | 12/21/2016 | Affirmed |
| State v. Brouse | 15–0638 | 12/21/2016 | Reversed and Remanded |
| State v. Allen | 15–0708 | 12/21/2016 | Affirmed |
| Bradford v. State | 15–0811 | 12/21/2016 | Affirmed |
| Hildreth v. City of Des Moines | 15–0961 | 12/21/2016 | Affirmed |
| Pinegar v. State | 15–0969 | 12/21/2016 | Affirmed |
| State v. Chapman | 15–1078 | 12/21/2016 | Affirmed |
| Bonert v. State | 15–1138 | 12/21/2016 | Affirmed |
| McAfee v. State | 15–1289 | 12/21/2016 | Affirmed in part, Reversed in part, and Remanded |
| State v. Hudson | 15–1367 | 12/21/2016 | Affirmed |
| PRO Commercial LLC v. Mallory Fire Protection Services, Inc. | 15–1420 | 12/21/2016 | Affirmed |
| Rankins v. State | 15–1423 | 12/21/2016 | Affirmed |
| Arnzen, In re Detention of | 15–1490 | 12/21/2016 | Affirmed |
| Debates v. State | 15–1491 | 12/21/2016 | Affirmed |
| Ceniceros v. State | 15–1494 | 12/21/2016 | Affirmed |
| State v. Cole | 15–1517 | 12/21/2016 | Affirmed |
| McCall v. State | 15–1541 | 12/21/2016 | Affirmed |
| Kohl's Department Stores, Inc. v. Board of Review of Dallas County | 15–1562 | 12/21/2016 | Affirmed |
| State v. Johnson | 15–1580 | 12/21/2016 | Affirmed in part, Reversed in part, and Remanded |
| State v. Cunningham | 15–1583 | 12/21/2016 | Affirmed |
| Huh, In re Marriage of | 15–1598 | 12/21/2016 | Affirmed as Modified |